KENNETH TAYLOR V. THE STATE.

No. 10117. Delivered May 5, 1926.

**Violating Medical Practice Act—Appeal Dismissed.**

By an affidavit, duly executed and filed, appellant makes known to us his desire to withdraw his appeal in this case, and it is accordingly ordered dismissed.

Appeal from the County Court of Titus County. Tried below before the Hon. E. L. Myers, Judge

Appeal from a conviction for violating the medical practice act, penalty a fine of $50.00.

No brief filed for appellant.

*Sam Williams,* County Attorney, *J. A. Ward, Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in the County Court of Titus County of violating the medical practice act, punishment fixed at a fine of $50.00.

By an affidavit duly executed and filed, appellant makes known to us his desire to withdraw his appeal in this case. The appeal will accordingly be, and the same is hereby, ordered abated.

*Dismissed.*